UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:12CV-P12-R

DARCY PERKINS
A/K/A DARNELL PERKINS                                                                PLAINTIFF

v.

LARRY CHANDLER                                                                       DEFENDANT

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Darcy Perkins's *pro se* letter (DN 8), which the Court construes as a motion to reopen this action.

By way of background, Plaintiff initiated this action by filing a letter with the Court referencing habeas corpus, indicating that Larry Chandler held him against his will in segregation, mentioning denial of parole, and alleging violation of his constitutional rights. Because it was unclear whether Plaintiff intended to file a petition for writ of habeas corpus or a civil-rights action pursuant to 42 U.S.C. § 1983, the Court entered an Order dated March 7, 2012, directing Plaintiff to clarify the type of action(s) he seeks to file by completing and returning his complaint/petition on a Court-supplied form(s).  Plaintiff was warned that his failure to comply within 30 days could result in dismissal of the action.  Plaintiff failed to comply, and by Memorandum and Order entered July 24, 2012, the Court dismissed the action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and to comply with an order of the Court.

In the motion to reopen, Plaintiff advises that he wants to file a civil-rights action pursuant to 42 U.S.C. § 1983, but due to a transfer, he was unable to timely comply with this Court's Order.

Upon consideration, **IT IS ORDERED** that the motion to reopen (DN 8) is **GRANTED**. The Clerk of Court is **DIRECTED** to place this action back on the Court's active docket.

**IT IS FURTHER ORDERED** that within **30 days** from the entry date of this Order,

(1) Plaintiff must file his complaint on a Court-supplied § 1983 form.

(2) Plaintiff must either (a) pay the $350.00 filing fee or file an application to proceed without prepayment of fees along with a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the action.

(3) Plaintiff must complete and submit a summons form for each named Defendant.[1]

(4) Plaintiff is **WARNED** that failure to comply within the time allowed **will result in dismissal** of the action.

The Clerk of Court is **DIRECTED** to write the instant case number on a § 1983 form and send the form to Plaintiff along with an application to proceed without prepayment of the filing fee and four summons forms.

Date:

cc: Plaintiff, *pro se*
4413.005

---

[1] The Court offers the following procedural guidance to Plaintiff in his completion of the summons forms: (1) write or type Defendant's name and address on the summons in the space provided; (2) write or type Plaintiff's name in the space provided; (3) **do not** fill in any other part of the summons form and **do not** mail the summons to Defendant.